No. 2024-1724

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA

*Appellee,*

V.

NATHAN REARDON

*Defendant-Appellant*

On Appeal from the United States District court for the District of Maine in Case No. 1:21-cr-61 Honorable Lance E. Walker

## MOTION FOR LEAVE TO WITHDRAW

Daniel Dubé, Esq.
40 Cassell St.
Lewiston, ME 04240

*Attorney for Appellant*

1

COMES NOW undersigned counsel for Appellant Nathan Reardon, Daniel Dubé, Esq., who hereby moves for an Order granting leave to withdraw, and as grounds therefor state as follows:

1. Undersigned counsel was appointed to represent Defendant at the district court, for resentencing.

2. Defendant was resentenced, and he filed a designation form electing to represent himself.

3. Pursuant to an order issued August 29, 2024, undersigned counsel has conferred with Defendant regarding Defendant's election to represent himself, advising him of the risks in proceeding *pro se*.

4. Defendant has renewed his decision to represent himself, and accordingly, he will be filing a renewed designation, as required by the above order.

WHEREFORE, undersigned counsel for the Appellant prays this Honorable Court shall grant the within motion and issue an order granting his withdrawal.

/s/ Daniel Dubé, Esq.
dan@themainelawyer.com
40 Cassell St.
Lewiston, ME 04240
(207) 200-4899

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2024, I electronically filed the above 'Motion for Leave to Withdraw' with the Clerk of Court using the CM/ECF system, which will send notification of such filings to counsel of record.

>   */s/ Daniel Dubé, Esq.*
>   Daniel Dubé, Esq.