# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIRST DISTRICT

UNITED STATES OF AMERICA,

    Appellee

No. 24-1724

v.

NATHAN REARDON,

    Appellant

## DEFENDANTS ANSWER TO OPPOSITION TO EMERGENCY HEARING

    The background section of the district attorneys response, clearly states that the defendant was charged with bank fraud, but then goes on to say it was a loan, not a bank loan because it was not. A 2255 is going to be filed based on several factors. But that is for another argument (See motion to recuse Judge Walker filed in Bangor Maine). The district attorney writes seven pages to this court basically saying I shouldn't be heard on an emergency basis because a transcript has not been produced. What they intentionally fail to tell you is that defendant requested that a month ago. Throughout the entire prosecution of this case defendant was held without bail and forced into plea agreements to be with his family. Defendant was constantly stalled through tactics from the district attorney that made most of his appeals moot because the sentence was already served. Rather than seeking the truth, the district attorneys have maliciously prosecuted a father of five and a local businessman of over two decades without issue. The federal government through the district attorney's office has wasted hundreds of thousands of dollars and untold federal personnel resources on a $41,000 civil issue. The defendant requested the transcript on a three day notice and never received a response. So

because the government is stalling the production of the transcript, the district attorney wants this court to believe that the defendant should not be heard on an emergency basis, when this very court has already decided that the sentence given to him did not meet the minimum legal standard. Defendant has yet to be heard by this court at all.

The district attorney states in his brief that there is no right to oral argument. Defendant understands that but believes that it is prudent and just in this unusual and extreme situation. District attorney goes on to say that Reardon has not identified any compelling reason why this should be heard on an emergency basis and an oral argument allowed. Defendant reasserts that this court has vacated the lower court decision because it was legally deficient. Violating someone's civil rights is compelling and it is deeply concerning that the district attorney's office does not see it that way. While the lower courts, apparently, don't respect the fact that the First Circuit is in place for checks and balances, I do and I'm asking for your intervention. I'm not asking for a verdict, I'm asking to be heard orally. The lower courts kept the restrictions in place after you vacated it. (See text screenshot attached and marked as exhibit 1). To be clear, this was a decision from the higher-ups, not the local probation officer who has been more than fair and respectful to me throughout this process. Judge Lance Walker made it clear in his 30 minute diatribe about the defendant and the First Circuit, that he thinks the First Circuit doesn't understand the law and "missed something the first time". All this when the First Circuit said clearly Judge Walker missed the legal standard and imposed a sanction that wasn't lawful as it stood. Then subsequently the defendant went to jail for something this honorable court deemed unlawful. The flagrant abuse of the defendant and his rights that are happening here is a constitutional crisis and deserves to be heard orally and immediately if this honorable court will allow. Why would anyone oppose that?

The question is why wouldn't the district attorney response be " that would be great to get the defendant on the record and clarify his position so we can make sure that someone is not being over punished"? Why wouldn't the district attorneys office say " we believe that the defendant should be allowed to be

heard in case there is an error of law"? It appears as though that the only desire of the district attorney's office is to stall the defendant and destroy his and his family's life. This prosecution and subsequent punishments have already ended a 20 year marriage in divorce and forced family members who have been supporting the defendant into bankruptcy. The district attorney's office fails to see the catastrophic damage that was done to the defendant by jailing him for something which he believes was not even criminal. The defendant asked Judge Lance Walker how you commit bank fraud against a non-bank entity (US V. MICHAEL BOUCHARD 828. F.3$^d$ 116;2016 U.S. App LEXIS 12498. Docket No. 14-4156-cr). An issue that the second circuit has already decided is not legal. The SBA is not and never was a bank. The application that was put through was always for the SBA. I am just stating this to make the point that this case was extremely over prosecuted.

Rather than allowing a fair and impartial hearing of the actual facts, the district attorney would like to stall this further and make this appeal moot because the timeframe will be up by the time that it is heard. The defendant's life has been disrupted for over three years without reprieve, and the defendant is begging this court to allow him to present his side of the facts of this case and allow him to be able to provide for his family of five young children. How is the total and unrelenting destruction of an individual and his family and his ability to pursue happiness, that is afforded by the Bill of Rights, helping anyone or keeping anyone safe? Also, why not enable the defendant to earn a wage higher than he has paid by McDonald's just as he has done for over 2 decades? There is a loan that needs to be repaid. How is forcing the defendant to take a menial job helping anyone?

The district attorney drafted a plea agreement that said no more than 12 months and a day on the original sentence. The defendant accepted the plea agreement based on his attorneys guidance that his sentence was basically over and he could go home to his children after being held in jail without bail for a loan. After the defendant filed the appeal with this honorable court the district attorney's office used their various stall tactics to make sure that the sentence was served regardless of the plea agreement. When the appeal was brought to this court, the district attorney, the very one who wrote the plea agreement, and the same one

who used the stall tactics said that the appeal was moot because no relief could be granted. I believe this was done in error of law, but that will be addressed in another appeal.

Defendants attorneys have yet to forcefully stand for the defendant, properly. Defendant is now forced to represent himself pro se, in hopes that he can get his life back and try to recover from the incredible and irreversible damage that the government has done to him and his family's life. Rather than taking the safe and prudent path of allowing the defendant to be heard the district attorney's office wants to force another stall so that the defendant will serve the entire unfair sentence. I pray that this court will not allow this unfair and malicious destruction of the defendant's life to continue even one more day. It is not illegal or unfair for the defendant to ask this court to be heard and a decision to be made swiftly. Defendant is not even necessarily bringing a new case before this honorable court. Defendant is asking for an emergency hearing for something that this court already deemed legally deficient and was reimposed. Defendants lawyers have failed him, and the defendant is throwing himself at the mercy of this court pro se. Why would the district attorney's office be opposed to setting the record straight? What would prevent them from coming to an emergency hearing? Defendant argues, nothing except bias.

After this honorable court, made the decision to vacate the Bangor District decision, defendant was told that the restriction was still in place until the re-sentencing. I believe that it would be fair and just to get before the First Circuit Court of Appeals to ensure that the law is being followed, and the defendant is not being over punished or maliciously prosecuted without merit. I beg that this court set this for an oral argument as soon as it is able. I appreciate your time and consideration.

September 27th 2024

Nathan Reardon

Pro Se

PO Box 52

Detroit, ME 04929

207-745-7575

nathan@nathanreardon.com


Certificate of service,

A copy of this was mailed by USPS to assistant US district attorney Andrew Lizotte.

PO Box 52
Detroit, ME 04929

BOSTON MA 020



First Circuit Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

02210-300525