# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States of America v Nathan Reardon__
District Court Case No. __1:21-cr-00061-LEW__  District of _____
Date Notice of Appeal filed _____  Court of Appeals Case No. __24-1724__
Form filed on behalf of __Defendant__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Cathy Ford__
Phone Number of Reporter __609-367-2777__

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| Jury Voir Dire | |
| Opening Statement (plaintiff) | |
| Opening Statement (defendant) | |
| Trial | |
| Closing Argument (plaintiff) | |
| Closing Argument (defendant) | |
| Findings of Fact/Conclusions of Law | |
| Jury Instructions | |
| Change of Plea | |
| Sentencing | 7-2024 |
| Bail hearing | |
| Pretrial proceedings (specify) ____ | |
| Testimony (specify) ____ | |
| Other (specify) ____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

Private funds.
Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Nathan Reardon__  Filer's Signature _____
Firm/Address __PO Box 52 Detroit, ME 04929__  Filer's Email address __nathan@nathanreardon.com__
Telephone number __707-745-7575__  Date mailed to court reporter __10-25-24__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                              SEE INSTRUCTIONS ON REVERSE

Reardon
P.O. Box 52
Detroit ME 04929

BOSTON MA 020
26 OCT 2024 PM 2 L

First Circuit Court of Appeal
1 Courthouse Way
Suite 2500
Boston MA 02210

02210-302499