# United States Court of Appeals
## For the First Circuit

No. 24-1724

UNITED STATES,

Appellee,

v.

NATHAN REARDON,

Defendant - Appellant.

### ORDER OF COURT

Entered: December 11, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellant's transcript report/order form is noncompliant because the date of the requested hearing is incomplete, and the form is not accompanied by a Completed CJA Authorization and Voucher for Payment of Transcripts ("CJA 24 form"). The deadline for filing a transcript report/order form accompanied by a signed and completed CJA 24 form is hereby sua sponte extended to and including **December 26, 2024**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nathan Reardon
Joel B. Casey
Andrew Kenney Lizotte
Chris Ruge
Lindsay Feinberg